# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0080

VERSUS

JERMAINE MARSHALL                                     **MARCH 28, 2022**

---

In Re:    Jermaine Marshall, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, Nos. 2001818 & 2003322.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

  **WRIT DENIED.** Because relator only submitted the motion for
production of documents to the district court on January 14,
2022, there has been no excessive delay.

                              **JMM**
                              **WIL**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT